IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | |
|---|---|
| **IN RE:** Reyes, Ramiro | Case Number: 08 B 02364 |
| | Judge: Wedoff, Eugene R |
| Printed: 9/3/08 | Filed: 2/1/08 |

# FINAL REPORT AND ACCOUNT

The trustee, Marilyn O. Marshall, submits this report to the court pursuant to 11 U.S.C. 1302:

Status:   Dismissed: May 29, 2008
Confirmed: None

## SUMMARY OF RECEIPTS & DISBURSEMENTS

| | Receipts | Disbursements |
|---|---|---|
| | 2,250.00 | |
| Secured: | | 0.00 |
| Unsecured: | | 0.00 |
| Priority: | | 0.00 |
| Administrative: | | 0.00 |
| Trustee Fee: | | 0.00 |
| Other Funds: | | 2,250.00 |
| Totals: | 2,250.00 | 2,250.00 |

## DISBURSEMENT DETAIL

| # | Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---|---|
| 1. | GMAC Mortgage Corporation | Secured | 0.00 | 0.00 |
| 2. | HomEq Servicing Corp | Secured | 0.00 | 0.00 |
| 3. | Monterey Financial Services | Secured | 0.00 | 0.00 |
| 4. | America's Servicing Co | Secured | 14,500.00 | 0.00 |
| 5. | GMAC Mortgage Corporation | Secured | 4,000.00 | 0.00 |
| 6. | HomEq Servicing Corp | Secured | 14,500.00 | 0.00 |
| 7. | American General Finance | Secured | 4,000.00 | 0.00 |
| 8. | America's Servicing Co | Unsecured | 0.00 | 0.00 |
| 9. | Monterey Financial Services | Unsecured | 321.30 | 0.00 |
| 10. | Peoples Energy Corp | Unsecured | 581.41 | 0.00 |
| 11. | Portfolio Recovery Associates | Unsecured | 28.61 | 0.00 |
| 12. | City Of Chicago Dept Of Revenue | Unsecured | 362.67 | 0.00 |
| 13. | Portfolio Recovery Associates | Unsecured | 70.00 | 0.00 |
| 14. | Cirino Villa, D/B/A Carniceria Leon | Secured | | No Claim Filed |
| 15. | Computer Credit Service Corp | Unsecured | | No Claim Filed |
| 16. | Verizon Wireless | Unsecured | | No Claim Filed |
| 17. | Illinois Motor Credit | Unsecured | | No Claim Filed |
| 18. | Illinois Collection Service | Unsecured | | No Claim Filed |
| | | | _____ | _____ |
| | | | $ 38,363.99 | $ 0.00 |

## TRUSTEE FEE DETAIL

| Fee Rate | Total Fees |
|---|---|
| | _____ |
| | $ 0.00 |

IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | |
|---|---|
| **IN RE:**  Reyes, Ramiro | Case Number:  08 B 02364 |
| | Judge:  Wedoff, Eugene R |
| Printed:  9/3/08 | Filed:  2/1/08 |

Based on the above information, the trustee requests that the court enter an order discharging the trustee, releasing the trustee's surety from liability for actions relating to the above proceedings, closing the estate and for such other relief as is proper.

Marilyn O. Marshall, Trustee, by:

_____